JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOE RODRIGUEZ ANICUA,<br><br>    Plaintiff,<br><br>    v.<br><br>Nancy A. Berryhill,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:19-cv-05402-GW-FFM<br><br>**{PROPOSED} JUDGMENT OF REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

1

| | |
|---|---|
| 1 | The Court having approved the parties' stipulation to voluntary remand |
| 2 | pursuant to sentence four of 42 U.S.C. § 405(g), IT IS HEREBY ORDERED, |
| 3 | ADJUDGED AND DECREED that the above-captioned action is remanded to the |
| 4 | Commissioner of Social Security for further proceedings consistent with the |
| 5 | stipulation to remand. |

DATED: March 16, 2020

      /s/ Frederick F. Mumm
HON. FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE