UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE RODRIGUEZ ANICUA,<br>　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW M. SAUL,<br>Acting Commissioner Of Social Security,<br>　　　Defendant. | Case No.: 2:19-cv-05402-FFM<br><br>[~~PROPOSED~~] ORDER RE STIPULATION FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **$5,600.00** and costs in the amount of **$400.00** (the "AGREED AMOUNT") pursuant to 28 U.S.C. §§ 1920, 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: June 18, 2020

_____
PATRICK J. WALSH
U.S. Magistrate Judge